## LACROIX FILS *v.* SARRAZIN.*

### *(Circuit Court, E. D. Louisiana. January, 1883.)*

PUBLIC TREATIES—PLEADING.

 The court takes judicial notice of the public treaties between the United States and foreign countries, and a citizen of such a foreign country, in bringing a bill against a citizen of Louisiana, need not allege that there is such a treaty in force.

In Equity. On demurrer.
*R. King Cutler*, for complainants.
*Andrew J. Murphy*, for defendant.

PARDEE, J. This court takes judicial notice of the public treaties between the United States and foreign countries. Where a citizen of France has, in compliance with the trade-mark laws of the United States, duly registered a trade-mark, he need not, in bringing an action against a citizen of Louisiana for violation of his rights in such trade-mark, allege that there is in force a treaty between the United States and France affording privileges in France to citizens of the United States similar to those given by the trade-mark laws of the United States.

Let demurrer be overruled.

*Reported by Joseph P. Hornor, Esq., of the New Orleans bar.